1  MICHAEL A. SCAFIDDI, ESQ. (SBN: 188567)
   SARAH E. POWELL (SBN: 241779)
2  LAW OFFICES OF MICHAEL A. SCAFIDDI, INC.
   432 N. Arrowhead Ave.
3  San Bernardino, CA 92401
   Telephone: (909) 381-1000
4  Facsimile: (909) 381-1077

5  GARY HARRISON, ESQ., SBN: 158421
   Law Office of Gary Harrison
6  1148 Don Carlos Ct.
   San Jacinto, CA 92582
7  (951) 487-7548 Voice and fax
   Gharrisonsxb@gmail.com
8
   Attorneys for Plaintiff,
9  TINA M. SATTERWHITE

10

11

12

13

14

15

16

17

18

19

20

**LODGED**

SEP 25 2014

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

**FILED**

OCT - 2 2014

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

**ENTERED**

OCT - 2 2014

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE: TERRANCE OWENS ELLIOTT:

TINA V. SATTERWHITE,          )     CASE NO:    2:10-BK-26783-RK
Plaintiff,                    )     ADVERSARY NO. 2:10-AP-02942-RK
                              )
                              )     ORDER FOR APPEARANCE AND
        vs.                   )     EXAMINATION OF JUDGMENT DEBTOR
                              )     TERRANCE OWENS ELLIOTT
                              )
                              )     United States Bankruptcy Court-Central District
TERRANCE OWENS ELLIOTT,       )     255 East Temple St.
        Defendant.            )     Los Angeles, CA 90012
                              )     Courtroom 1675
_____)

21                      I.    INTRODUCTION

22          On June 11, 2014, judgment after trial was granted      in favor of Plaintiff

23  TINA V. SATTERWHITE and against Defendant TERRANCE OWENS ELLIOTT, and

24  judgment was issued accordingly.

25          On or about August 9, 2014, Plaintiff TINA V. SATTERWHITE filed an

26  application and request for an order for the appearance and examination of judgment debtor

27

28          **ORDER FOR APPEARANCE AND EXAMINATION**                          1

TERRANCE OWENS ELLIOTT.

Accordingly, TERRANCE OWENS ELLIOTT is ordered to appear personally on _November 5_ , 2014, at _2:00_ p.m. in Courtroom _1_ of the United States Bankruptcty Courthouse, located at 255 E Temple St      , Los Angeles, CA 90012, to furnish information to aid in enforcement of a money judgment by answering questions about the Defendant/judgment debtor's real and person property.

## II.   DISCUSSION

*Federal Rule of Civil Procedure* 69 governs enforcement of judgment proceedings in federal courts. *Hilao V. Estate of Marcos*, 95 F.3d 848, 851 (9th Cir. 1996).   Rule 69(a) provides:

> (1) Money Judgment; Applicable Procedure. A money judgment is enforced by a writ of execution, unless the court directs otherwise.  The procedure on execution - and in proceedings supplementary to and in aid of judgment or execution - must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.
> (2) Obtaining Discovery. In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person-including the judgment debtor-as provided in these rules or by the procedure of the state where the court is located.
> *Fed. R. Civ. P. 69(a)(l)-(2).*

Judgment debtor proceedings under California law "permit the judgment creditor to examine the judgment debtor, or third persons who have property of or are indebted to the judgment debtor, in order to discover property and apply it toward the satisfaction of the money judgment." *Imperial Bank v. Pirn Elec, Inc.*, 33 Cal. App. 4th 540, 546-47; see also *Cal. Civ. Proc. Code* §§ 708.110-708.205. All assets of a judgment debtor are subject to enforcement. *Cal. Civ. Proc. Code* § 695.010 (a). *California Code of Civil Procedure* § 708.110 provides in relevant part:

> (a) The judgment creditor may apply to the proper court for an order requiring the judgment debtor to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment. If the judgment creditor has not caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make an order upon ex parte application of the judgment creditor. If the judgment creditor has caused the judgment debtor to be examined

**ORDER FOR APPEARANCE AND EXAMINATION**                                        2

under this section during the preceding 120 days, the court shall make the order if the judgment creditor by affidavit or otherwise shows good cause for the order. The application shall be made on noticed motion if the court so directs or a court rule so requires. Otherwise, it may be made ex parte.
(d) The judgment creditor shall personally serve a copy of the order on the judgment debtor not less than 10 days before the date set for examination. Service shall be made in the manner specified in Section 145.10. Service of the order creates a lien on the personal property of the judgment debtor for a period of one year from the date of the order unless extended or sooner terminated by the court.
(e) The order shall contain the following statement in 14-point boldface type if printed or in capital letters if typed: "NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time ana place specified in this order, you may be subject to arrest ana punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding." *Cal Civ. Proc. Code* § 708.110(a)-(e).

California Code of Civil Procedure § 708.160(a) also provides that "[e]xcept as otherwise provided in this section, the proper court for examination of a person under this article is the court in which the money judgment is entered." *Cal. Civ. Proc. Code* § 708.160(a). Here, judgment was entered by this Court on March 29,2011. (Doc. 29.)

As such, the TINA V. SATTERWHITE'S application sets forth the showing required by *Federal Rule of Civil Procedure* 69(a)(2) and the applicable provisions of the *California Code of Civil Procedure* §§ 708.110 and 708.160.

III.    CONCLUSION AND0RDER

Accordingly, **IT IS HEREBY ORDERED** that:

1.    Defendant/judgment debtor TERRANCE OWENS ELLIOTT shall appear personally on *November 5*, 2014, at *2:00 p*.m. in Courtroom *1675* of the United States Courthouse, located at 255 E Temple St    , Los Angeles, CA 90012, to furnish information to aid in enforcement of a money judgment by answering questions about the Defendant/judgment debtor's real and personal property; Plaintiff/judgment creditor TINA V. SATTERWHITE must serve this order upon Defendant judgment debtor TERRANCE OWENS ELLIOTT personally not less than ten (10) days before the date set for the examination and must file a certificate of such service with the Court; and if Plaintiff/judgment creditor TINA V. SATTERWHITE is unable to effectuate personal service on Defendant/judgment debtor TERRANCE OWENS

**ORDER FOR APPEARANCE AND EXAMINATION**                    3

1  ELLIOTT within the required time, Plaintiff/judgment creditor must file notice with the Court by

2  no later than ten (10) days before the date set for the examination and inform the Court that the

3  examination hearing must be taken off calendar.

4  **NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE**

5  **TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE**

6  **SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF**

7  **COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU**

8  **TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE**

9  **JUDGMENT CREDITOR IN THIS PROCEEDING**.

10        **IT IS SO ORDERED**.

11  Dated:

12  _10/2/14_

13                          **ROBERT N. KWAN**

14                          **U.S. Bankruptcy Judge**

15

16

17

18

19

20

21

22

23

24

25

26

27

28                **ORDER FOR APPEARANCE AND EXAMINATION**                4