| | |
|---|---|
| ☒ Recording requested by a return to:<br>Law Offices of Michael A. Scafiddi SBN: 188567<br>432 N. Arrowhead Ave.<br>San Bernardino, CA 92401<br>(909) 381-1000 | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Terrance Owens Elliott<br><br>Debtor | CASE NUMBER 2:10-bk-26783-RK<br>ADVERSARY NUMBER 2:10-ap-02942-RK |
| Tina Satterwhite              Plaintiff<br>vs.<br>Terrance Owens Elliott<br>                           Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address
    
    Terrance Owens Elliott
    P.O. Box 2364
    San Bernardino, CA 924056-2364
    
    ☐ Address Unknown
    
    b. Driver's License No. _____  ☒ Unknown
    
    c. Social Security No. _____  ☒ Unknown

2. The Summons was personally served at, or mail to (address):

    _____

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

    Dated: 11/15/22                       _____
                                          (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re (SHORT TITLE) Terrance Owens Elliott Debtor(s). | CHAPTER 7 ADVERSARY NO.: 2:10-ap-02942-RK |
|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on June 11, 2014,

in favor of Tina Satterwhite  and against Terrance Owens Elliott

for  $ 75,166.21    Principal,

$ 0    Interest,

$ 0    Attorney's Fees, and

$ 0    Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this November 15, 2022 (SEAL)    day of _____   KATHLEEN J. CAMPBELL

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*